BRIAN S. LETOFSKY
PIERCE & WEISS, LLP
451 West Lincoln Avenue, Suite B-100
Anaheim, CA 92805
Telephone: (714) 778-5038

Attorneys for Plaintiff


McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2775

Attorneys for Federal Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QBE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> U.S. DRUG ENFORCEMENT ) <br> ADMINISTRATION, and ) <br> DOES 1 TO 10, inclusive, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:06-CV-01444-MCE-KJM <br><br> ORDER RE STIPULATION FOR DISMISSAL <br> [Fed. R. Civ. P. 41(a)(1)(ii)] |

TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

///

///

///

///

1

1  The Court having reviewed Plaintiff, QBE INSURANCE COMPANY and Defendant, UNITED
2  STATES OF AMERICA's Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with
3  prejudice and Defendant's waiver of any claim of malicious prosecution and/or abuse of process,
4  hereby orders the above-referenced case dismissed.

IT IS SO ORDERED:

Dated: August 30, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE